IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:17CV314

| | |
|---|---|
| ROBERT V. WILKIE,<br>**Individually and as Executor of the Estate**<br>**of Judith Kathryn Sellers Wilkie,**<br><br>**Plaintiffs,**<br><br>v.<br><br>AMICA MUTUAL INSURANCE<br>COMPANY,<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) ORDER<br>)<br>)<br>)<br>)<br>)<br>) |

This matter is before the Court on Plaintiff's Motion to Take Judicial Notice (# 18). A review of the record reveals that the presiding District Judge dismissed this case with prejudice on May 22, 2018 (# 15), and judgment was entered (# 16). Therefore, Plaintiff's instant pleading should be stricken from the Court's official docket. The Clerk is directed to strike the Plaintiff Motion to Take Judicial Notice(#18) from the file in this matter.

Signed: September 13, 2018

Dennis L. Howell
United States Magistrate Judge